UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

J.M.C. AND M.E.C., INDIVIDUALLY
AND ON BEHALF OF
THEIR MINOR CHILD, E.G.C.

CIVIL ACTION

VERSUS

NO. 07-621-JJB-DLD

LOUISIANA BOARD OF ELEMENTARY
AND SECONDARY EDUCATION,
EAST BATON ROUGE PARISH SCHOOL
BOARD, STATE OF LOUISIANA
DEPARTMENT OF EDUCATION, LEE DIXON

**ORDER**

IT IS ORDERED that exhibits behind Defendant's Memorandum in Reply to Plaintiff's Opposition (doc. 31) are hereby placed under seal.

Parties must take care to ensure that any exhibits filed in the future which mention the names of the plaintiff are either properly redacted or filed under seal.

ADDITIONALLY, IT IS ORDERED that the caption be amended to reflect the proper title of the East Baton Rouge Parish School Board defendants.[1]

Baton Rouge, Louisiana, May 29, 2008.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] In previous pleadings and motions, the East Baton Rouge Parish School Board defendant was incorrectly styled as the "East Baton Rouge Parish Public School System."